IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

TERESA L. McCLAIN,                          )
                                            )
                Plaintiff,                  )       TC-MD 170321R
                                            )
        v.                                  )
                                            )
DEPARTMENT OF REVENUE,                      )
State of Oregon,                            )
                                            )
                Defendant.                  )       **FINAL DECISION**[1]

This matter is before the court on Defendant's Answer filed November 11, 2017.

Plaintiff filed her Complaint on October 6, 2017, appealing from Defendant's assessment of

payroll withholding tax for the first quarter of 2017.  In its Answer, Defendant wrote that it has

"abated the assessment(s) from which Plaintiff appealed" and "reversed any and all assessments

of income tax withholding and associated penalties and interest."  (Answer at 1.)  Because the

parties are in agreement, the case is ready for decision.  Now, therefore,

        IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is granted.

        Dated this ___ day of November 2017.


                                            _____
                                            RICHARD DAVIS
                                            MAGISTRATE


*If you want to appeal this Final Decision, file a complaint in the Regular
Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR
97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.
Your complaint must be submitted within <u>60</u> days after the date of the Final
Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was signed by Magistrate Davis and entered on November 30,
2017.*

---

[1] This Final Decision incorporates without change the court's Decision, entered November 13, 2017.  The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered.  *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

FINAL DECISION  TC-MD 170321R                                                                      1